IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID BURRIS and DEBORAH LEE ENGLISH, as trustees for the HOWARD H. BURRIS REVOCABLE LIVING TRUST DATED DECEMBER 4, 1999, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 2:08cv591-WHA |
| DONALD L. HOLLEY ) ) | (WO) |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on this date, Judgment is entered in favor of the Plaintiffs, William David Burris and Deborah Lee English, as Trustees for the Howard H. Burris Revocable Living Trust Dated December 4, 1999, and against the Defendant, Donald L. Holley, in the amount of $287,297.18, together with costs and attorneys' fees.

Done this 28th day of April, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE